UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No. SACV 12-243-JST (MLGx)            Date: April 12, 2012

Title: Patricia A. Crone v. Bank of America, N.A., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

     Not Present                                       Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION**

       On March 26, 2012, Plaintiff failed to appear at a scheduled Loan Modification Readiness Conference. As a result, the Court Ordered Plaintiff to Show Cause for failure to appear at the Loan Modification Readiness Conference and for failure to prosecute this case pursuant to the Court's orders. (Doc. 8.) In accordance with the Court's Order, Plaintiff's response was due by April 5, 2012. (*Id.*) The Court advised that failure to respond will result in the possible dismissal of this action. (*Id.*) To date, Plaintiff has not filed a response. Accordingly, this action is DISMISSED.

                                                          Initials of Preparer: enm